# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN JORDAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 7:21-cv-01597-LCB-NAD |
| DENISE HASTY, et al., | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

On January 24, 2022, the magistrate judge ordered the plaintiff, Brian Jordan, to pay an initial partial filing fee of $67.27 and to return a signed Prisoner Consent Form, both within 30 days. (Doc. 7). On February 7, 2022, Jordan returned his Prisoner Consent Form, but failed to pay his initial partial filing fee. Therefore, on March 8, 2022, the magistrate judge again ordered Jordan to pay the initial partial filing fee and warned Jordan that the failure to comply could result in the dismissal of this action for failure to prosecute. (Doc. 10).

When Jordan failed to comply with or otherwise respond to the order within the time permitted, on April 29, 2022, the magistrate judge entered a report in which he recommended that the Court dismiss this action without prejudice for failure to prosecute. (Doc. 11). In the report, the magistrate judge advised Jordan of his right

to file specific written objections within 14 days, but no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this May 25, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith In Replying Give Number
Clerk of Court of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 **REQUIRES** that all prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

 David J. Smith
 Clerk of Court


 PLRA Notice